## George POOLE, Plaintiff–Appellant,

v.

Unknown MILLER, Guard; Don Roper; George Lombardi; Gary Kempker; Michael Layden; Brian Allen; Linda Wilkson; Shea Melton; John Applebury; Charles Baker; Morgan Warren, Guard; Unknown Tourville, Guard, Defendants–Appellees.

No. 04–2481.

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2004.

Decided: July 29, 2004.

George Poole, St. Louis, MO, pro se.

Tiffany B. Kieffer, Attorney General's Office, St. Louis, MO, for Defendants–Appellees.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

For the reasons set forth in the district court's order of June 1, 2004, we AFFIRM. *See* 8th Cir. R. 47B.